IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02154-RPM

FRANK BAXTER GENERAL CONTACTOR, INC.,

        Plaintiff,

v.

GLENWOOD SPRINGS AUTOMOTIVE REAL ESTATE, LLC,
GMAC BANK CORP., and
PUBLIC TRUSTEE OF GARFIELD COUNTY,

        Defendants.

_____

ORDER DENYING PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIMS AND
REQUEST FOR STAY OF PROCEEDINGS
_____

On October 28, 2008, the plaintiff filed a motion to dismiss counterclaims two through five and request for stay of proceedings, arguing that because of a forum selection clause in a contract between the plaintiff and defendant Glenwood Springs Automotive Real Estate, LLC, litigation of disputes under the contract must be conducted in a state court in Iowa. Glenwood Springs Automotive Real Estate, LLC, filed its response in opposition to that motion on November 20, 2008. That defendant correctly argues that its affirmative defenses and counterclaims raise issues that directly contradict the plaintiff's claims for a mechanic's lien under Colorado law and also include tort claims that are not governed by the contract. The plaintiff sought to take advantage of Colorado's mechanic's lien statute by initiating this action in the District Court, Garfield County, Colorado, which has been removed to this court based on diversity jurisdiction and the basis for the mechanic's lien claim cannot be separated

from the defendants' counterclaims. The plaintiff apparently recognizes that by requesting that the mechanic's lien claim be stayed while the contract issues may be litigated in Iowa. That suggestion must be rejected because the defendant's real property in Colorado is adversely affected by the mechanic's lien filing and the validity of the asserted lien should be determined without unnecessary delay. Because the forum selection clause in the contract should not be selectively invoked, it is

ORDERED that the plaintiff's motion to dismiss and request for stay is denied.

DATED: November 21st, 2008

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge